177 So. 922

### Helen MARTIN v. STATE.

6 Div. 139.

Court of Appeals of Alabama.
Dec. 7, 1937.

RICE, Judge.

Affirmed.

189 So. 922

### MARTIN'S TOGGERY, Inc., v. KNOX HAT CO., Inc.

8 Div. 806.

Court of Appeals of Alabama.
May 18, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

185 So. 924

### Boyd MASHBURN v. STATE.

6 Div. 385.

Court of Appeals of Alabama.
Dec. 20, 1938.

R. G. Kelton, of Oneonta, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

181 So. 921

### D. W. MASON v. STATE.

8 Div. 697.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

181 So. 921

### Eddie MASON v. STATE.

8 Div. 603.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.